RECEIVED (DROP BOX)

APR 29 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and GOPRO, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PENGYU BUILDING MATERIALS, an unknown entity; XUE MINGHAI, an individual, d/b/a PENGYU BUILDING MATERIALS/WHOLESALE OF OUTDOOR; CHENTAOTAO, an unknown entity, d/b/a NANA GYENFIE/EXPLORE THE OUTDOORS; NANA GYENFIE, an individual; HU WEI, an individual; ZHAO RONGLIN, an individual; LI ZHONGYI, an individual; PAN LINXING, an individual; ZHU SHAOCHUAN, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:21-cv-00358-RAJ<br><br>**DECLARATION OF SCOTT COMMERSON IN SUPPORT OF PLAINTIFFS'** *EX PARTE* **MOTION FOR EXPEDITED DISCOVERY**<br><br>**[FILED UNDER SEAL]** |

I, Scott Commerson, declare and state as follows:

1. I am a Partner with the law firm Davis Wright Tremaine LLP ("DWT"), which represents Plaintiffs Amazon.com, Inc. ("Amazon") and GoPro, Inc. ("GoPro") (collectively, "Plaintiffs") in the above-entitled litigation. I am over 18 years of age. The statements made below are true to the best of my knowledge and belief. I make them in support of Plaintiffs' Motion for Expedited Discovery ("Motion").

DECLARATION OF SCOTT COMMERSON [FILED UNDER SEAL] - 1
(No. 2:21-cv-00358-RAJ)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

2. In our firm's experience in multiple cases with similar fact patterns, our efforts to discover identifying information about defendants results in the initial bank subpoena directing us to another bank as having the client relationship. Thus, the information we start with from what defendants have provided us is partial and often requires follow up with additional banks for accurate identity information. One particular pattern we have found is that sellers who list an account with First Century Bank usually are clients of Payoneer, a virtual payment processor, which is used by many sellers (including legitimate sellers) to facilitate payments into U.S. bank accounts for subsequent transfer to overseas accounts. In cases with similar fact patterns, Amazon has issued subpoenas to First Century Bank. In every single instance, First Century Bank has responded to the subpoena by informing Amazon that the records requested within the subpoena are created and maintained by Payoneer, as part of a "special use" account opened exclusively to receive automated clearinghouse ("ACH") funds. Payoneer, in turn, has confirmed to Amazon that it will accept subpoenas relating to First Century Bank accounts and has produced responsive documents in response to such subpoenas.

3. Expedited discovery through third-party subpoenas to the banks associated with the bank accounts and credit cards linked to the Selling Accounts, and the email address providers associated with the Selling Accounts, will likely uncover crucial information about the counterfeiting operation and the individuals behind it, both known and unknown. The proposed expedited discovery Plaintiffs seek from First Century Bank, Payoneer, Sina Corporation, NetEase Information Technology Corporation, and Microsoft, is narrowly tailored and focused on those goals—to locate the current whereabouts of known and unknown Defendants, to identify Doe defendants, and to obtain key information about the location of counterfeit goods and proceeds from their sale.

4. DWT also used investigative and law enforcement tools, including TransUnion's software, TLO.

5. In order to prevent Defendants from diverting or hiding evidence, assets, and counterfeit goods, Plaintiffs moved to temporarily seal this case during the pendency of a

DECLARATION OF SCOTT COMMERSON [FILED UNDER SEAL] - 2
(No. 2:21-cv-00358-RAJ)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

parallel criminal investigation that Plaintiffs are actively conducting into the same Defendants in China.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 28th day of April, 2021 at Los Angeles, California.

_____
SCOTT COMMERSON

DECLARATION OF SCOTT COMMERSON [FILED UNDER SEAL] - 3
(No. 2:21-cv-00358-RAJ)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax