The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and GOPRO, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PENGYU BUILDING MATERIALS, an unknown entity; XUE MINGHAI, an individual, d/b/a PENGYU BUILDING MATERIALS/WHOLESALE OF OUTDOOR; CHENTAOTAO, an unknown entity, d/b/a NANA GYENFIE/EXPLORE THE OUTDOORS; NANA GYENFIE, an individual; HU WEI, an individual; ZHAO RONGLIN, an individual; LI ZHONGYI, an individual; PAN LINXING, an individual; ZHU SHAOCHUAN, an individual; and DOES 1-10,<br><br>Defendants. | No. 2-21-cv-00358-RAJ<br><br>**ORDER GRANTING PLAINTIFFS'** ***EX PARTE*** **MOTION FOR EXPEDITED DISCOVERY**<br><br>[FILED UNDER SEAL] |

THIS MATTER came before the Court on Plaintiffs Amazon.com, Inc.'s and GoPro Inc.'s (together, "Plaintiffs") Motion for Expedited Discovery ("Motion"). The Court has considered Plaintiffs' Motion, supporting declarations, and the governing law. Accordingly, it is hereby ORDERED:

Plaintiffs' Motion for Expedited Discovery (Dkt. # 11) is **GRANTED** as follows.

Plaintiffs' are granted leave, prior to the Rule 26(f) conference, to serve Rule 45 subpoenas to obtain information regarding Defendants' identities from First Century Bank, Payoneer, NetEase Information Technology Corporation, Sina Corporation, and Microsoft. To

ORDER GRANTING PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY [FILED UNDER SEAL] - 1
(No. 2:21-cv-00358-RAJ)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

the extent Plaintiffs identify additional entities in subpoena responses as having responsive information related to the identity or location of the Defendants or other bad actors responsible for the illegal counterfeiting scheme alleged in the Complaint, Plaintiffs will seek leave from the Court to serve additional Rule 45 subpoenas on those entities.

SO ORDERED this 6th day of May, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING PLAINTIFFS' MOTION FOR
EXPEDITED DISCOVERY [FILED UNDER SEAL] - 2
(No. 2:21-cv-00358-RAJ)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax