FILED (DROP BOX)

JUL 2 3 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and GOPRO, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PENGYU BUILDING MATERIALS, an unknown entity; XUE MINGHAI, an individual, d/b/a PENGYU BUILDING MATERIALS/WHOLESALE OF OUTDOOR; CHENTAOTAO, an unknown entity, d/b/a NANA GYENFIE/EXPLORE THE OUTDOORS; NANA GYENFIE, an individual; HU WEI, an individual; ZHAO RONGLIN, an individual; LI ZHONGYI, an individual; PAN LINXING, an individual; ZHU SHAOCHUAN, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:21-cv-00358-RAJ<br><br>**PLAINTIFFS' STATUS REPORT PURSUANT TO APRIL 23, 2021 ORDER**<br><br>**[FILED UNDER SEAL]** |

Pursuant to the Court's Order Granting Plaintiffs' *Ex Parte* Motion to Temporarily Seal Documents and Case, dk. 8, Plaintiffs Amazon.com, Inc. ("Amazon") and GoPro, Inc. ("GoPro") (collectively, "Plaintiffs") submit this status report addressing their discovery efforts, the status of the pending investigation in China, and whether this case should remain sealed.

PLAINTIFFS' STATUS REPORT [FILED UNDER SEAL] – 1
(No. 2:21-cv-00358-RAJ)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206 622 3150 main · 206 757 7700 fax

On April 23, 2021, the Court granted Plaintiffs' motion to seal this action while Plaintiffs conducted a parallel investigation in China concerning Defendants' counterfeiting activities.

On May 6, 2021, the Court granted Plaintiffs' motion for expedited discovery from third parties in order to ascertain the locations of existing Defendants and to potentially identify additional defendants. Pursuant to the Court's order, Plaintiffs served third-party subpoenas on financial institutions, internet service providers, and email providers associated with Defendants' Selling Accounts.

Meanwhile, Plaintiffs' parallel investigation has uncovered additional individuals who are potentially involved in Defendants' counterfeiting activities, and Plaintiffs are considering possible enforcement steps against those individuals. Plaintiffs request until **August 9, 2021** to seal this case, after which time their request for this case to be further sealed is withdrawn.

DATED this 22nd day of July, 2021.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Scott R. Commerson*
Scott R. Commerson, WSBA #58085

865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

*s/ Lauren B. Rainwater*
Lauren B. Rainwater, WSBA #43625

920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

PLAINTIFFS' STATUS REPORT [FILED UNDER SEAL] – 2
(No. 2:21-cv-00358-RAJ)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax