The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC. a Delaware corporation; and GOPRO, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> PENGYU BUILDING MATERIALs, an unknown entity; XUE MINGHAI, an unknown individual, d/b/a PENGYU BUILDING MATERIALS/WHOLESALE OF OUTDOOR; CHENTAOTAO, an unknown entity, d/b/a NANA GYENFIE/EXPLORE THE OUTDOORS; NANA GYENFIE, an individual; HU WEI, an individual; ZHAO RONGLIN, an individual; LI ZHONGYI, an individual; PAN LINXING, an individual; ZHU SHAOCHUAN, an individual; JING CHEN, an individual; JINFANG FANG, an individual; and DOES 1-10, <br><br> Defendants. | Case No. 2:21-cv-00358-RAJ <br><br> **PLAINTIFFS' MOTION TO FILE OVER-LENGTH MOTION FOR ALTERNATIVE SERVICE ON DEFENDANTS** <br><br> NOTE ON MOTION CALENDAR: NOVEMBER 7, 2022 |

Pursuant to Local Civil Rule 7(f), Plaintiffs Amazon.com, Inc. and GoPro, Inc. (collectively, "Plaintiffs") request that the Court permit Plaintiffs to file an over-length *ex parte* motion in support of their request for an order from this Court allowing for alternative service of process on Defendants. Local Civil Rule 7(e)(1) provides that motions brought pursuant to Local

MOTION TO FILE OVER-LENGTH MOTION FOR
ALTERNATIVE SERVICE
(No. 2:21-cv-00358-RAJ) - 1

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

Civil Rule 7(d)(1), including *ex parte* motions, are limited to 6 pages. By this request, Plaintiffs seek to file a motion containing 4 additional pages, for a total limit of 10 pages.

Plaintiffs contend that the additional pages are necessary to provide sufficient explanation of the facts surrounding Plaintiffs' investigation into Defendants' identities and whereabouts, as well as the law dictating the circumstances in which this Court may allow for alternative service. The six-page limit is insufficient for Plaintiffs to provide the Court with the facts and authorities supporting the motion, and demonstrating Plaintiffs' need for and entitlement to an order allowing for alternative service of process on Defendants. For these reasons, Plaintiffs seek permission to file an over-length motion to provide the Court with the full detail necessary to support the order Plaintiffs seek.

DATED this 7th day of November, 2022.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Scott R. Commerson*
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email:   scottcommerson@dwt.com

*s/ Lauren B. Rainwater*
Lauren B. Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email:   laurenrainwater@dwt.com

MOTION TO FILE OVER-LENGTH MOTION FOR
ALTERNATIVE SERVICE
(No. 2:21-cv-00358-RAJ) - 2

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax