HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC. a Delaware corporation; and GOPRO, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PENGYU BUILDING MATERIALS, et al.,<br><br>Defendants. | Case No. 2:21-cv-00358-RAJ<br><br>**ORDER GRANTING *EX PARTE* MOTION TO FILE OVERLENGTH BRIEF** |

This matter comes before the Court on Plaintiffs Amazon.com, Inc. and GoPro, Inc.'s (collectively "Plaintiffs") *ex parte* motion to file an over-length motion in support of their request for an order from this Court allowing for alternative service of process on Defendants. Dkt. # 18. In January 2022, Plaintiffs filed an Amended Complaint alleging trademark infringement claims under 15 U.S.C. § 1114 and 15 U.S.C. § 1125(a) and

violation of the Washington Consumer Protection Act under RCW 19.86.010, *et seq*. Dkt. # 16, ¶ 25-29.

This case involves multiple individuals and entities located in China, some of whom remain to be identified. *Id.*, ¶ 10-20. Plaintiffs seek additional pages in their motion for alternative service in order to provide sufficient explanation of the facts surrounding Plaintiffs' investigation into Defendants' identities and whereabouts and the law dictating the circumstances under which this Court may allow for alternative service. Dkt. # 18 at 2. Plaintiffs' motion is **GRANTED**. Plaintiffs are hereby granted an additional 4 pages of briefing for their motion for alternative service, for a total limit of 10 pages.

DATED this 29th day of November, 2022.

*[signature]*

The Honorable Richard A. Jones
United States District Judge