UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC., a Delaware corporation, and GOPRO INC., a Delaware corporation,<br><br>Plaintiffs,<br>v.<br>PENGYU BUILDING MATERIALS, an unknown entity, XUE MINGHAI, an individual, CHENTAOTAO, an unknown entity, NANA GYENFIE, an individual, HU WEI, an individual, ZHAO RONGLIN, an individual, LI ZHONGYI, an individual, PAN LINXING, an individual, ZHU SHAOCHUAN, an individual, DOES 1-10, JINFANG FANG, and JING CHEN,<br><br>Defendants. | CASE NO. 2:21-cv-358<br><br>ORDER OF REFERRAL |

The Court issues this order in response to Plaintiffs' notice of Amazon Counterfeit Enforcement Action. Dkt. No. 23. Consistent with <u>In re Amazon Counterfeit Enforcement Litigation</u>, General Order 03-23 (Mar. 7, 2023), the Court REFERS all issues related to service of Defendants to the Magistrate Judges designated by General Order 03-23.

Dated this 31st day of May, 2023.

Jamal N. Whitehead
United States District Judge

ORDER OF REFERRAL - 1