The Honorable Jamal N. Whitehead
The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and GOPRO, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JING CHEN, an individual; JINFANG FANG, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:21-cv-00358-JNW-SKV<br><br>**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **MOTION TO FILE OVER-LENGTH MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS** |

THIS MATTER came before the Court on the *Ex Parte* Motion to File Over-length Motion for Default Judgment and Permanent Injunction Against Defendants by Plaintiffs Amazon.com, Inc. and GoPro, Inc. (collectively, "Plaintiffs") (the "Motion"), pursuant to Local Civil Rule 7(f). This Court, having considered the Motion and finding good cause, **GRANTS** Plaintiffs leave to file a motion for default judgment and permanent injunction not to exceed 7,200 words.

SO ORDERED this 6th day of February, 2024.

ORDER GRANTING *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 1
(2:21-cv-00358-JNW-SKV)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1
2
                                               Jamal N. Whitehead
3
                                               United States District Judge
4
5   Presented by:

6   DAVIS WRIGHT TREMAINE LLP
    *Attorneys for Plaintiffs*
7

8   s/ *Scott R. Commerson*
    Scott R. Commerson, WSBA #58085
9   865 South Figueroa Street, Suite 2400
    Los Angeles, CA 90017-2566
10  Tel: (213) 633-6800
    Fax: (213) 633-6899
11  Email: scottcommerson@dwt.com

12  s/ *Lauren B. Rainwater*
    Lauren B. Rainwater, WSBA #43625
13  920 Fifth Avenue, Suite 3300
    Seattle, WA 98104-1604
14  Tel: (206) 622-3150
    Fax: (206) 757-7700
15  Email: laurenrainwater@dwt.com

16
17
18
19
20
21
22
23
24
25
26
27

ORDER GRANTING *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 2
(2:21-cv-00358-JNW-SKV)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax